Che L. Hashim (State Bar No. 238565)
**LAW OFFICE OF CHE L. HASHIM**
861 Bryant Street
San Francisco, CA 94103
Telephone: (415) 487-1700
Facsimile: (415) 431-1312
Email: che.hashim.esq@gmail.com

Attorney for Plaintiff
ANTONEA BROWN

**FILED**

JUL - 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

JCS

| | |
|---|---|
| ANTONEA BROWN, | Case No.: |
| Plaintiffs, | **CV 11 3373** |
| vs. | |
| Officer S. FALEAFINE (individually) and Does 1-10, | COMPLAINT FOR DAMAGES (42 U.S.C §§ 1983) |
| Defendants. | |
| | JURY TRIAL DEMANDED |

## INTRODUCTION

1. This is an action for damages brought pursuant to Title 42 U.S.C § 1983. This action against Officer S. FALEAFINE, and Does 1-10, all individual, arises from acts committed while acting in these individuals' capacity as Police Officers for the City of Oakland Police Department.

## JURISDICTION

2. This action arises under 42 U.S.C § 1983. Jurisdiction is conferred upon this court by 28 U.S.C §§ 1331. Venue is proper as this suit arises from acts

BROWN vs. FALEAFINE, Does 1-10.
COMPLAINT FOR DAMAGES

- 1

committed in the County of Alameda.

## PARTIES

3. Plaintiff ANTONEA BROWN ("Plaintiff") is a competent adult, and was at all times mentioned herein a resident of the County of Alameda, California, and a United States citizen.

4. At all times mentioned herein, Officer S. FALEAFINE was acting as a Police Officer for the City of Oakland Police Department ("hereinafter FALEAFINE or Defendant"); Officer S. FALEAFINE is sued in his/her individual capacity.

5. Plaintiff is ignorant of the true names and/or capacities of defendants sued herein as DOES 1 through 10, inclusive, and therefore sue said defendants by such fictitious names. Plaintiffs will amend this complaint to allege their true names and capacities when ascertained. Plaintiffs believe and allege that each of the DOE defendants is legally responsible and liable for the incident, injuries and damages hereinafter set forth. Each defendant proximately caused injuries and damages because of their negligence, breach of duty, negligent supervision, management or control, violation of public policy, and false arrests. Each defendant is liable for his/her personal conduct, vicarious or imputed negligence, fault, or breach of duty, whether severally or jointly, or whether based upon agency, employment, ownership, entrustment, custody, care or control or upon any other act or omission. Plaintiffs will ask leave to amend this complaint subject to further discovery.

6. In doing the acts and/or omissions alleged herein, Defendants, and each of them, acted under color of authority and/or under color of law.

7. Due to the acts and/or omissions alleged herein, Defendants, and each of them, acted as the agent, servant, and employee and/or in concert with each of said other Defendants herein.

BROWN vs. FALEAFINE, Does 1-10.
COMPLAINT FOR DAMAGES

- 2

1

2

**FACTS**

3   8.   On July 10, 2009, Plaintiff ANTONEA BROWN, along with her girlfriend at the

4        time, attended a concert held at the Oracle Arena, in Oakland, California; Plaintiff

5        having purchased tickets for them both.

6   9.   Plaintiff and her girldfriend entered the arena, found their seats, and were present

7        for approximately two hours, when two individuals claimed to them that they

8        were in the wrong seats.

9   10.  An usher was called and Plaintiff exited the row, along with her girlfriend, and

10       entered a non-seating area of the arena in order to resolve the issue by

11       presentation of their purchased tickets.

12  11.  Upon reaching the lobby, and before any inquiry into the claims by Plaintiff that

13       she was correctly seated according the tickets she had purchased and had in hand,

14       Defendant S. FALEAFINE and Does 1-10 detained and arrested Plaintiff.

15  12.  During the detention and arrest Plaintiff, a 5'7", 160 pound female, was tackled

16       by S. FALEAFINE and Does 1-10, all Officers for the City of Oakland Police

17       Department.

18  13.  During the detention and arrest Plaintiff was subjected to multiple locks and holds

19       by S. FALEAFINE and Deos 1-10, meant to cause her pain.

20  14.  During the detention and arrest Plaintff's head was unecessarily slammed and

21       held against the ground by an unknown City of Oakland Police Officer, Doe 1.

22  15.  The uses of force applied to Plaintiff by Defendant S. FALEAFINE and Does 1-

23       10 caused Plaintiff's pants to fall to her ankles.

24  16.  During the detention and arrest, after having been tackled, subjected to multiple

25       distict uses of force designed to cause her pain unecessarily, Plaintiff was picked

         up off of the ground, still with her pants down, and was handcuffed and forced to

BROWN vs. FALEAFINE, Does 1-10.
COMPLAINT FOR DAMAGES

- 3

1      walk out of the arena, with her pants at her ankles, and her underwear visible to

2      the public.

3  17.  Plaintiff was arrested, booked, and incarcerated, and was freed the following day

4      without any formal charges being leveled against her.

5  18.  Plaintiff was not arrested for trespass; indeed Plaintiff was not booked by S.

6      FALEAFINE or Does 1-10 on any charges related to any conduct occurring prior

7      to detention and arrest.

8  19.  Plaintiff's injuries resulting from the incident included physical and

9      physchological injuries.

10

11                     **CAUSES OF ACTION**

12                     **FIRST CAUSE OF ACTION**

13  (42 U.S.C. § 1983- VIOLATION OF FOURTH AND FOURTEENTH AMENDMENTS)

14      (AGAINST ALL DEFENDANTS HEREIN AND DOES through 100)

15  20.  Plaintiffs re-allege and incorporate by reference paragraphs 1 through 19.

16  21.  Defendants' above-described conduct violated Plaintiff's rights to be free from

17      excessive and/or arbitrary force and unreasonable seizure without reasonable or

18      probable cause, or due process, under the Fourth and Fourteenth Amendments to

19      the United States Constitution.

20  22.  As a proximate result of the foregoing wrongful acts of Defendants, Plaintiff have

21      sustained, and will in the future sustain, pecuniary loss and other compensable

22      injuries.

23  23.  As a further proximate result of the acts of Defendants, Plaintiffs suffered general

24      damages including pain and suffering.

25  24.  In doing the foregoing wrongful acts Defendants, and each of them, acted in

       reckless and callous disregard for the constitutional rights of Plaintiff. The

BROWN vs. FALEAFINE, Does 1-10.
COMPLAINT FOR DAMAGES

- 4

1     wrongful acts, and each of them, were willful, oppressive, fraudulent and

2     malicious.

3    WHEREFORE, Plaintiff prays for relief as hereinafter set forth.

5                **JURY DEMAND**

6   25.    Plaintiff hereby demands a jury trial in this action.

8                 **PRAYER**

9   WHEREFORE, Plaintiffs pray for relief, as follows:

10   1.    For general damages in a sum of $200,000.00;

11   2.    For special damages in a sum according to proof;

12   3.    For punitive damages in a sum according to proof;

13   4.    For reasonable attorney's fees;

14   5.    For cost of suit herein incurred; and

15   6.    For such other and further relief as the Court deems just and proper.

17 Dated this 8 July, 2011       **LAW OFFICE OF CHE L. HASHIM**

19             **CHE L. HASHIM**
**861 Bryant Street**
**San Francisco, CA 94103**
**415/487-1700**
**415/431-1312 (fax)**
**che.hashim.esq@gmail.com**
**Attorneys for Plaintiff**
**ANTONEA BROWN**

BROWN vs. FALEAFINE, Does 1-10.
COMPLAINT FOR DAMAGES
- 5