UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTONEA BROWN,                            No. C 11-03373 JCS

       Plaintiff(s),

                                     **ORDER TO SHOW CAUSE**

  v.

OFFICER S FALEAFINE,

       Defendant(s).

_____/

Pursuant to Civil L.R. 16-2, a further case management conference was scheduled on January 13, 2012, before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant shall appear on **January 27, 2012, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for counsel's failure to appear at the further case management conference on January 13, 2012, for failure to comply with the Court's Order dated October 18, 2011, and for failure to prosecute. A further case management conference is also scheduled for **January 27, 2012, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: January 18, 2012

                                                   _____
                                                   JOSEPH C. SPERO
                                                   United States Magistrate Judge